Jack Trepel, Respondent, v. The Deauville Bathing Company, Inc., Appellant.

*Trepel* v. *Deauville Bathing Co.*, 177 App. Div. 890, affirmed.

(Argued March 11, 1919; decided April 8, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1917, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. This action was brought by plaintiff, as assignor of his

wife, to recover of the defendant the value of certain jewelry deposited with defendant when plaintiff's wife went in bathing. The defendant denied that it was liable for the amount claimed in the complaint and set up by its answer that said jewelry was left with defendant upon the express understanding and agreement that in no event was the liability of the defendant to exceed twenty-five dollars.

*Clarence E. Thornall* and *Edward V. Thornall* for appellant.

*John Bogart* and *Abraham P. Wilkes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.